**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| PHYLLIS C. BROWN | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | No.  5:04CV167 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
|     Defendant | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED and REMANDED**.  It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

SIGNED this 13th day of March, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE